**Order entered September 1, 2015**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01329-CV

**ALBERT LUTTERODT, Appellant**

**V.**

**EMILY LANE OWNERS ASSOCIATION, INC., Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12648-G**

## ORDER

In light of this Court's August 28, 2015 order directing the Clerk of the Court to file the "second amended" brief tendered August 21, 2015, we **DENY** as moot appellant's August 28, 2015 motion for extension of time to file corrected amended brief.

/s/     CRAIG STODDART
        JUSTICE